E-FILED: **11/3/09**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants.<br>_____ | CASE NO. CV 09-7036-GHK (PLAx)<br><br>JUDGMENT |

　　Pursuant to our November 3, 2009 Order granting Defendants Wells Fargo Bank, N.A., Countrywide Home Loans, Inc. and Bank of America, N.A.'s ("Defendants") Motion to Dismiss, Defendants are **DISMISSED with prejudice**. It is hereby **ADJUDGED** that Plaintiff Jacqueline Lee's Complaint is **DISMISSED**.

　　**IT IS SO ORDERED**.

DATED: November 3, 2009

_____
GEORGE H. KING
United States District Judge